IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  JAMES OAKLEY

 Civil Case #  1:19-cv-1269

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies to the Court and counsel that Christopher K. Johnston shall appear as counsel of record for Plaintiff Jame Oakley in this case.

Dated 05/21/2019

*/s/ Christopher K. Johnston*
**JOHNSTON LAW GROUP**
268 Ponce de Leon Ave., Ste 1020
San Juan, PR 00918
Telephone: (415) 744-1500
Facsimile: (844) 644-1230
CA Bar No. 261474

## CERTIFICATE OF SERVICE

I certify that on  May 21, 2019 , the foregoing Notice of Appearance was filed electronically by using CM/ECF system which will deliver the document to all counsel of record.

*/s/ Christopher K. Johnston*
Christopher K. Johnston